RECEIVED
IN LAKE CHARLES, LA
JAN 22 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ATLANTIC SCAFFOLDING COMPANY | NO. 06-1243 |
| VERSUS | MAGISTRATE WILSON |
| PERFORMANCE CONTRACTORS, ET AL | JUDGE MINALDI |

### JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims herein and this entire action be and is hereby dismissed with full prejudice, with each party to bear their own costs.

Lake Charles, Louisiana, this 19 day of Jan, 2007.

JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

718767.1